IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LONNELL I. FORT**  PLAINTIFF

V.   CASE NO. 4:21-cv-00683 JM

**NANCY COOPER,** *et al.*  DEFENDANTS

### ORDER

Plaintiff Lonnell I. Fort filed this *pro se* 42 U.S.C. § 1983 action against multiple Defendants in Hot Springs Village and Jessieville, Arkansas, among other. (Doc. No. 2). Based on the facts alleged and Defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 8th day of September, 2021.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id*.